## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

**CERTIFIED COPY**
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

April 18, 2012

Before:    FRANK H. EASTERBROOK, Chief Judge
           RICHARD D. CUDAHY, Circuit Judge
           DANIEL A. MANION, Circuit Judge

| No.: 11-8031 | NATALIE VAN STRAATEN, on behalf of herself and a class, Plaintiff - Respondent, v. SHELL OIL PRODUCTS COMPANY LLC, EQUILON ENTERPRISES LLC, and SHELL OIL COMPANY, Defendants - Petitioners. |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:09-cv-01188  Northern District of Illinois, Eastern Division  District Judge Blanche M. Manning ||

The petition for leave to appeal is **GRANTED**. The decision of the district court is **REVERSED**, and the case is **REMANDED** with instructions to enter judgment for defendants. The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)